UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION



FILED
NOV 13 2007

---

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

JOSHUA LLOYD MATLOCK,
a/k/a "J," a/k/a "J-Rock,"

                    Defendant.

CR07-40093-01

ORDER DISMISSING INDICTMENT

---

The Court having reviewed the Government's Motion to Dismiss Indictment, and good cause appearing therefor, it is hereby

ORDERED that the Indictment in the above-captioned matter is hereby dismissed as to defendant Joshua Lloyd Matlock.

Dated this 13th day of November, 2007.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK

BY: _Shelly Marquilies_
DEPUTY